UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRANDON FOUST #788816,

    Plaintiff,

v.

UNKNOWN STREIT, et al.,

    Defendants.

_____/

Case No. 1:22-cv-00868-PJG

Honorable Phillip J. Green

## **JUDGMENT**

In accordance with the court's opinion entered on this date:

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment, (ECF No. 25), is granted in part, granted in the alternative in part, and this matter terminated.

**IT IS FURTHER ORDERED** than an appeal of this matter by Plaintiff would be frivolous and, therefore, not taken in good faith.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Date:  April 12, 2024

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge